| | |
|---|---|
| ADAM P. KOHSWEENEY (S.B. #229983)<br>akohsweeney@omm.com<br>CHELSEA E. ESPIRITU (S.B. #346296)<br>cespiritu@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984 8700<br><br>SLOANE ACKERMAN (*pro hac vice*)<br>sackerman@omm.com<br>O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas<br>Suite 1700<br>New York, New York 10019-6022<br>Telephone: +1 212 326 2000<br>Facsimile: +1 212 326 2061<br><br>*Attorneys for Defendant*<br>*Bank of America, N.A.* | JASON S. HARTLEY (S.B. #192514)<br>hartley@hartleyllp.com<br>JASON M. LINDER (S.B. #211451)<br>lindner@hartleyllp.com<br>HARTLEY LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>Telephone: 619-400-5822<br><br>GEORGE A. HANSON (*pro hac vice*)<br>hanson@stuevesiegel.com<br>ALEXANDER T. RICKE (*pro hac vice*)<br>ricke@stuevesiegel.com<br>CALEB J. WAGNER (*pro hac vice*)<br>wagner@stuevesiegel.com<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN LU, GIOVANNA BOLANOS, and CLAUDE GRANT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 3:23-cv-04027-JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FINAL APPROVAL ORDER OF CLASS ACTION SETTLEMENT** |

1  Plaintiffs Jean Lu, Giovanna Bolanos, and Claude Grant ("Plaintiffs") and Defendant
2  Bank of America, N.A. ("Defendant") (collectively "the Parties") have notified the Court of a
3  Final Approval Order of Class Action Settlement ("Final Approval Order") entered in *March, et
4  al. v. Bank of America, N.A.*, Case No. 2:23-cv-02360-HLT-TJJ (D. Kan.) (ECF No. 71).  The
5  Final Approval Order resolves all claims asserted by the named plaintiffs against Defendant in the
6  above-captioned action, along with all claims asserted in *March* and *Coluzzi, et al. v. Bank of
7  America, N.A.*, Case No. 1:24-cv-6042-LGS (S.D.N.Y.).

8  Accordingly, the Court GRANTS the Parties' request to dismiss this action with
9  prejudice, and without any costs to any Parties except as provided in the Settlement Agreement.
10 The Clerk is directed to enter judgment consistent with this Order. This case is closed.

12 IT IS SO ORDERED.

13 Dated: December 15, 2025

    _____
    Honorable Joseph C. Spero
    United States Magistrate Judge